IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| LINDA GRIFFETH, et al.,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ORDER<br><br>Case No. 1:13-CV-00019-TC-EJF<br><br>Judge Tena Campbell |

Plaintiffs Linda and Darin Griffeth filed an Objection (Docket No. 23) to the Report and Recommendation entered by Magistrate Judge Evelyn J. Furse on June 16, 2014, denying Plaintiffs' motion for leave to amend their complaint. In their motion, Plaintiffs sought to amend their complaint by adding twelve new paragraphs that raised new theories of negligence. The United States opposed Plaintiffs' motion. In the thorough Report and Recommendation, Judge Furse agreed with the United States and recommended that the court deny Plaintiffs' motion.

The court has carefully considered the Report and Recommendation (Docket No. 22) of the United States Magistrate Judge as well as all of the relevant pleadings and adopts the Report and Recommendation as the order of this court.

SO ORDERED this 9th day of July, 2014.

BY THE COURT:

_____
TENA CAMPBELL
United States District Judge